No. 77–6548. MORGAN ET AL. v. JACKSON, CORRECTIONS DIRECTOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–6551. HAMILTON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 77–6559. JACKSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–6576. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6581. FERRI v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–6586. CHESHIRE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6591. FERRARA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6614. PALMER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6627. KING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6636. ZEPEDA-SANTANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6640. WILLIAMS v. LOUISIANA ET AL. Sup. Ct. La. Certiorari denied.

No. 77–6648. NASIM v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 77–6656. BONNELL v. BLACK, REFORMATORY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 77–6658. BREWSTER v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.